**99–909.  State ex rel. Delphi Chassis Sys. Div., Gen. Motors Corp. v. Roberts.**

Franklin App. No. 98AP–31. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal of the appeal and cross-appeal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**99–1016.  State v. Lantz.**

Perry App. No. 99CA14. This cause is pending before the court as an appeal from the Court of Appeals for Perry County. It appears from the records of this court that appellant has not filed a merit brief, due July 20, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**99–1059.  State v. Gerish.**

Mahoning App. No. 92CA85. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. Upon consideration of the motion of appellant's counsel for dismissal of this appeal upon the death of appellant, John Steven Gerish, on or about July 4, 1999,

IT IS ORDERED by the court that the motion for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**99–1088.  State ex rel. Harper v. Indus. Comm.**

Franklin App. No. 98AP–749. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**99–1225.  Provateare v. Hausman Co.**

Cuyahoga App. No. 74061. This cause is pending before the court as a discretionary appeal. Upon consideration of appellees' motion to strike appellant's notice of appeal,

IT IS ORDERED by the court that the motion to strike notice of appeal be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

F.E. SWEENEY, J., dissents.